TONY RINELLI, Respondent, v. CHARLES E. DICKINSON, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur.

CATHERINE SANFLEET, Respondent, v. WILLIAM A. ECKERT, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of negligence on the part of the defendant is contrary to and against the weight of the evidence. All concur; Sears, P. J., and Edgcomb, J., also upon the ground that the plaintiff was shown to be guilty of contributory negligence.

JOHN A. SANFLEET, Respondent, v. WILLIAM A. ECKERT, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of negligence on the part of the defendant is contrary to and against the weight of the evidence. All concur, Sears, P. J., and Edgcomb, J., also upon the ground that plaintiff's wife was shown to be guilty of contributory negligence.

HENRY A. THOMPSON, Respondent, v. EDWARD GOETTEL and Another, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the findings of the jury in respect to negligence and freedom from contributory negligence were against the weight of the evidence. All concur, except Thompson, J., who dissents and votes for affirmance.

MAY F. MURRAY, Respondent, v. DEAN C. ANDERSON, Appellant.— Motion to amend order of reversal denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, on the ground that an appeal lies as of right. (See Garrison v. Sun Printing & Pub. Assn., 222 N. Y. 691, and Mike v. Levy, 241 id. 577.)

DOROTHY M. STEVENS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Appointment of Trustees of the Law Library for the Eighth Judicial District, to Fill Vacancies.— Hon. Alonzo G. Hinkley, justice of the Supreme Court, appointed to succeed Hon. Charles A. Pooley, deceased, and Lewis R. Gulick, Esq., an attorney, appointed to succeed Hon. Adelbert Moot, deceased.

## FIRST DEPARTMENT, JANUARY, 1933.

THE TRAVELERS INSURANCE COMPANY v. ALFONSO VINCI and GIUSEPPE CARUSO, Copartners, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MAURICE A. EISENSTADT, Respondent, v. JOSEPH L. GOODRICH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.